UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2012 SEP 12 PM 5:06
[Clerk's stamp]

Angela V. Jones
4945 Gertrude
Memphis, Tn. 38125
(Name of plaintiff or plaintiffs)

v.                                          CIVIL ACTION NO _____

Federal Express
2903 Sprankle
memphis Tn.
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Angela V. Jones__
                (name of plaintiff)

is a citizen of the United States and resides at __4945 Gertrude__
                                                   (street address)

__Memphis__,  __United States__  __Tn__
(city)        (country)           (state)

__38125__
(zip code)                                   (telephone number)

Revised 4-18-08

3. Defendant **Federal Express**
(defendant's name)
lives at, or its business is located at **2903 Sprankle, Memphis, Tn**
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**2903 Sprankle**
(street address)
**Memphis**   **United States**   **Tn.**
(city)         (country)          (state)         (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **25**   **April**   **2011**
(day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **07**   **June**   **2012**.
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **07**   **June**   **2012**.
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **15   June   2012**. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's  (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) ____ terminated plaintiff's employment.

   (c) ____ failed to promote plaintiff.

   (d) **age** _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: The reason I am filing this complaint against my former employer is because I felt I was being discriminated against and harassed due to my age.

11. The acts set forth in paragraph 9 of this complaint

    (a) ____ are still being committed by defendant.

    (b) ✓ are no longer being committed by defendant. /no longer with company/

    (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ____ Defendant be directed to employ plaintiff, or

    (b) ____ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) ✓ Defendant be directed to compensate plaintiff

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.    I would like to have my case tried by a jury. Yes ( ) No ( )

_[signature]_
SIGNATURE OF PLAINTIFF

Revised 4-18-08